BANK OF NEW YORK, TRUSTEE, APPELLEE, *v*. BLANTON, APPELLANT.

[Cite as *Bank of New York v. Blanton,* **134 Ohio St.3d 368, 2012-Ohio-5498.**]

*Appeal dismissed as having been improvidently accepted.*

(No. 2012-0897—Submitted December 4, 2012—Decided December 5, 2012.)

APPEAL from the Court of Appeals for Clermont County,

No. CA2011-03-019, 2012-Ohio-1597.

_____

**{¶ 1}** The cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Manley Deas Kochalski, L.L.C., and Edward Kochalski, for appellee.

Andrew M. Engel, for appellant, James Blanton.

_____